IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

BARBARA CURANT, )
 )
      Plaintiff, )
 )
v. ) Case No. CIV-10-396-D
 )
MICHAEL J. ASTRUE, Commissioner of )
Social Security Administration, )
 )
      Defendant. )

**O R D E R**

    This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Valerie K. Couch pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). In this action for judicial review under the Social Security Act, 42 U.S.C. § 405(g), Judge Couch recommends the affirmance of a final decision of the Commissioner denying Plaintiff's applications for disability insurance and supplemental security income benefits.

    Plaintiff, who appears with counsel in this action, has neither filed a timely written objection nor requested additional time to object. Plaintiff was expressly advised of her right to object and the consequences of failing to file a timely objection. Therefore, the Court finds Plaintiff has waived further review of all issues. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996).

    IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 22] is adopted in its entirety. The Commissioner's decision is affirmed. Judgment shall be entered accordingly.

    IT IS SO ORDERED this __8th__ day of March, 2011.

                                                               TIMOTHY D. DeGIUSTI
                                                              UNITED STATES DISTRICT JUDGE